**UNITED STATES of America, Plaintiff-Appellee**

v.

**Bryan Randall BARRETT, Defendant-Appellant**

**No. 16-51337**
**Conference Calendar**

United States Court of Appeals, Fifth Circuit.

Filed August 18, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Bryan Randall Barrett, Pro Se

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Bryan Randall Barrett has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Barrett has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.